**DISMISS; and Opinion Filed October 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01078-CR

**ELIZABETH ORTIZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-40564-Q**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Fillmore

Elizabeth Ortiz pleaded guilty to possession of heroin in an amount of one gram or more but less than four grams. Pursuant to a plea agreement, the trial court deferred adjudicating appellant's guilt, placed her on six years' community supervision, and assessed a $2,000 fine. Appellant waived her right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and appellant waived her right to appeal. *See* TEX. R. APP. P. 25.2(d), *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131078F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELIZABETH ORTIZ, Appellant

No. 05-13-01078-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-40564-Q.
Opinion delivered by Justice Fillmore,
Justices Bridges and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 14th day of October, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE